[L. A. No. 3984.  In Bank.—December 16, 1914.]

## W. P. POLKINGHORN, Petitioner, v. SUPERIOR COURT OF SAN BERNARDINO COUNTY et al., Respondents.

RECEIVER—JURISDICTION TO APPOINT—PROHIBITION.—Peremptory writ of prohibition issued on the authority of *Elliott* v. *Superior Court, ante,* p. 727.

APPLICATION for a Writ of Prohibition directed to the Superior Court of San Bernardino County and to S. F. Kelley.

The facts are stated in the opinion in *Elliott* v. *Superior Court, ante,* p. 727.

Tyrrell, Abrahams & Brown, for Petitioner.

E. W. Freeman, and William B. Ogden, for Respondents.

THE COURT.—In this proceeding the petitioner, a creditor of the Gibraltar Investment and Home Building Company, filed a petition for a writ of prohibition arresting the proceedings in a certain action pending in the superior court of San Bernardino County entitled "The Brookings Timber & Lumber Company, a corporation, Plaintiff, *v.* Gibraltar Investment and Home Building Company, a corporation, Defendant," wherein one S. F. Kelley was appointed receiver of the assets of the defendant. On the authority of *Elliott,* v. *Superior Court,* (L. A. No. 3949), *ante,* p. 727, [145 Pac. 101], heretofore decided by this court, in which the order appointing said receiver was adjudged void, it is ordered that a peremptory writ of prohibition issue out of this court as prayed for in the petition on file in the above-entitled proceeding.